UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOHN HEGGERS,

                Plaintiff,                   07 Civ. 10594 (NRB)

    -against-                        STIPULATION OF
                                        DISMISSAL

LONG ISLAND RAILROAD COMPANY,

                Defendants.
-------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED, by and between the

attorneys for the respective parties hereto, that the above-entitled actions are hereby

dismissed with prejudice and without costs, and an order to that effect may be

entered without further notice.

DATED: August 15, 2008
         NASSAU, NEW YORK

                               Law Offices of Michael Flynn, PC
                               Attorneys for Plaintiff

                               By: _____
                                   A Member of the Firm

                               J. Dennis McGrath, Esq.
                               Attorneys for Defendant

                               By: _____
                                   A Member of the Firm